THE PEOPLE OF THE STATE OF NEW YORK ex rel. VAN RENSSELAER L. WATERS, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator to the custody of defendant.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See 268 App. Div. 821.]